IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, #137192,          ) | |
| ) | |
| Plaintiff,          ) | |
| v.          ) | CASE NO. 1:03-cv-454-F |
| ) | WO |
| SHERIFF LAMAR GLOVER, *et al.,* ) | |
| ) | |
| Defendants.          ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #29) to the Recommendation of the Magistrate Judge (Doc. #28) filed on November 2, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on October 20, 2005 is adopted;

3. The defendants' motion for summary judgment (Doc. #14, 26) is GRANTED and this case id DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this 18th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE